# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **Travis James Weedon,**<br>*Plaintiff*<br><br>v.<br><br>**Equifax Information Services, LLC,**<br>*Defendant* | §<br>§<br>§<br>§<br>§<br>§ | **No. 1:26-cv-01118-ADA-SH** |

## ORDER

On August 28, 2026, the parties notified the Court that they have reached a settlement and requested ninety days to file settlement documents. Dkt. 9. The Court ordered the parties to file a Joint Stipulation of Dismissal and Proposed Final Judgment by October 30, 2026.[1] Dkt. 11. The parties failed to timely file their settlement documents or seek an extension.

The Court **ORDERS** the parties to file settlement documents or show cause as to why this case should not be dismissed for failure to prosecute or comply with a court order by **December 4, 2026**. Failure to do so will result in the Court's recommendation that this action be dismissed under Rule 41(b). *Griggs v. S.G.E. Mgmt., LLC*, 905 F.3d 835, 844 (5th Cir. 2018) ("Rule 41(b) authorizes the district court to dismiss an action *sua sponte* for failure to prosecute or comply with a court order.").

**SIGNED** on November 3, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

---

[1] The Honorable Alan D Albright (ret.) referred to this Magistrate Judge all non-dispositive pretrial matters for disposition and all case-dispositive motions for findings and recommendations, pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and Judge Alan D Albright's Standing Order on referrals to United States Magistrate Judges. Dkt. 3.